**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DUANE FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. H-12-1114 |
| BILLY HIRSCH and TEXAS | § | |
| DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Based on this court's order adopting the Memorandum and Recommendation of the United States Magistrate Judge filed on July 5, 2013, the claims of the plaintiff, Duane Fisher, are dismissed with prejudice.  This is a final judgment.

SIGNED on July 29, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge